# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | CASE NO. 1:11-CV-00527-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | DOC. 12 |
| J. CLARK KELSO, et al., | RESPONSE DUE WITHIN TWENTY-ONE DAYS |
| Defendants. | |

Plaintiff Anthony R. Turner ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing his complaint on March 29, 2011. On October 4, 2011, the Court dismissed certain claims without prejudice, and dismissed the remaining claims for failure to state a claim. Plaintiff was granted leave to file an amended complaint within thirty days from the date of service of the order. As of the date of this order, Plaintiff has not complied.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within twenty-one (21) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to comply with this order will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated: **November 28, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1