# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00527-DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDER<br><br>(DOC. 15) |

Plaintiff, a state prisoner proceeding pro se, filed this civil action on March 29, 2011. Doc. 1. Plaintiff consented to magistrate judge jurisdiction. On October 4, 2011, the Court screened Plaintiff's complaint, and dismissed it with leave to amend within thirty days. Doc. 12. Plaintiff did not respond to this order. On November 28, 2011, the Court issued an order to show cause why this action should not be dismissed for failure to obey a court order. Doc. 15. Plaintiff did not respond to this order. Because Plaintiff has not responded to the Court's orders, dismissal of this action is appropriate. Fed. R. Civ. P. 41(b); *In re Phenylpropanolamine (PPA) Prods. Liability Litigation*, 460 F.3d 1217, 1227 (9th Cir. 2006); Local Rule 110.

　　Accordingly, the Court HEREBY ORDERS that this action is dismissed for failure to obey a court order.

　　IT IS SO ORDERED.

　　**Dated:　February 3, 2012**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1